# UNITED STATES DISTRICT COURT
## Northern District of Texas
### Dallas Division

| | | |
|---|---|---|
| **Michael Barack and Michelle Barack**, individually and on behalf of a class | § § § § | |
| Plaintiffs, | § § | CA No: 3:22-cv-890-K |
| v. | § § | |
| **NP Home Buyers, LLC** | § § | |
| Defendant | § | |

## NOTICE OF SETTLEMENT

Plaintiffs notify the Court that the parties have entered into a settlement agreement by which final payment is to be made on or before November 8, 2022. The first payment was made today. When the final payment is made Plaintiffs will file a stipulation of dismissal.

In the event the Court desires to administratively close the case the Plaintiffs request that the Court retain jurisdiction to reopen the case if the final payment is not made.

Respectfully submitted,

By:    */s/ Chris R. Miltenberger*
     Chris R. Miltenberger
     Texas Bar Number: 14171200

**The Law Office of Chris R. Miltenberger, PLLC**

1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Designated as Lead Attorney

**Attorney for Plaintiff**

### Certificate of Service

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules. Defendant has not yet appeared.

By:    */s/ Chris R. Miltenberger*
     Chris R. Miltenberger